November 18, 2014.



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF H.D.C AND R.C.C., CHILDREN

NO. 14-13-00976-CV

_____

This cause, an appeal from the judgment signed, October 1, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in requiring appellant Misty Cole to be "off work" and "present" during her extended thirty-day summer possession. We therefore order that the portions of the judgment that impose this restriction on appellant's possession are **REVERSED**. We find no error in the remainder of the judgment and order it **AFFIRMED**. We order the cause **REMANDED** for proceedings in accordance with this court's opinion. For good cause, we order appellant Misty Cole to pay two-thirds of all costs incurred in this appeal, and we order appellee Robert Cole to pay one-third of all costs incurred in this appeal. We further order this decision certified below for observance.